IT IS SO ORDERED. The Court reserves jurisdiction to enforce/interpret any settlement agreement.

*/s/ Darrell A. Clay*
Darrell A. Clay
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **TERRANCE WARD,** | : |
| Plaintiff, | : |
| v. | : Case No. 3:21-cv-01105-DAC |
| | : Magistrate Judge Darrell A. Clay |
| **WHIRLPOOL CORPORATION,** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this case in its entirety and with prejudice. Plaintiff and Defendant further stipulate that all claims asserted in this case are dismissed in their entirety and with prejudice. Plaintiff and Defendant further stipulate that they shall bear their own costs, expenses and fees including, but not limited to, attorneys' fees. Therefore, the case should be dismissed with prejudice, with each party bearing its own costs, expenses and fees, including, but not limited to, attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Francis J. Landry* | /s/ *John W. Hofstetter* |
| Francis J. Landry (0006072) | Edward H. Chyun (0076880) |
| WASSERMAN, BRYAN, LANDRY & HONOLD, LLP | John W. Hofstetter (0087731) |
| 1090 W. South Boundary Street, Suite 500 | LITTLER MENDELSON, P.C. |
| Perrysburg, OH 43551 | Key Tower, 127 Public Square, Suite 1600 |
| Telephone: 419.243.1239 | Cleveland, OH 44114 |
| Facsimile: 419.243.2719 | Telephone: 216.696.7600 |
| flandry308@aol.com | Facsimile: 216.696.2038 |
| | echyun@littler.com |
| | jhofstetter@littler.com |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendant*** |